# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 14-07560M-(LAB) |
| Orlando Noyola-Avila | ) | |
| *Defendant* | ) | |

FILED ☑  LODGED ___
RECEIVED ___  COPY ___

JAN 7 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

x_____
*Defendant's signature*

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

x_____
*Defendant's signature*

The United States consents to the jury-trial waiver:

_____
*Government representative's signature*

AUSA
*Government representative's printed name and title*

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

x_____
*Defendant's signature*

| | |
|---|---|
| Maria Davila | _____ |
| *Printed name of defendant's attorney (if any)* | *Signature of defendant's attorney (if any)* |

Date: Jan 7, 2015     Approved by: _____
*Judge Eric J. Markovich, United States Magistrate Judge*